FILED BY ___ D.C.

05 JUL 20 AM 6: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

DENNIS V. MORGAN,

    Plaintiff,

v.

                              Case No.: 01-2936 D

SHELBY COUNTY DEPARTMENT, et al.,

    Defendant.

## ORDER REGARDING STATUS REPORT AND CONFIRMING TRIAL DATE

It appears that on June 1, 2004, the court entered an order scheduling the matter for trial on October 24, 2005. The court fixed April 29, 2005, as the bar date for completing discovery. The bar date for dispositive motions was June 7, 2005.

From a review of the docket sheet, it appears that no discovery has been taken and no dispositive motions have been filed. The parties are hereby directed to file a joint case status report by July 31, 2005. Unless the case has been otherwise resolved, the parties are further directed to be ready to try the case on the merits on October 24, 2005, as no continuance will be entertained in this case.

**IT IS SO ORDERED** this _19th_ day of _July_, 2005.

                                              BERNICE BOUIE DONALD
                                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _7-20-05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:01-CV-02936 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Dedrick Brittenum
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

J. Phillip Kerley
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Curtis D. Johnson
LAW OFFICE OF CURTIS JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT