FILED BY ____ D.C.

05 OCT 26 AM 10: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

DENNIS MORGAN,

    Plaintiff,

vs.                              Case No.: 01-2936 D A

A. C. GILLESS, et al.,

    Defendants.

## ORDER OF VOLUNTARY DISMISSAL

It appears to the Court that the parties, by and through counsel, have agreed to a voluntary dismissal or nonsuit of this action.

IT IS THEREFORE ORDERED that the above cause be dismissed without prejudice based upon the Stipulation of Voluntary Nonsuit filed with the Court on October 20, 2005.

**IT IS SO ORDERED** this 25th day of October, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-26-05

(46)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:01-CV-02936 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Dedrick Brittenum
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

J. Phillip Kerley
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Curtis D. Johnson
LAW OFFICE OF CURTIS JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT