UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 NOV -1  AM 11: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

**DENNIS MORGAN**                                   **JUDGMENT IN A CIVIL CASE**

**v.**

**A.C. GILLESS, et al.**                            **CASE NO: 01-2936-D**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Voluntary Dismissal entered on October 26, 2005, this cause is hereby dismissed without prejudice.

**APPROVED:**

_(signature)_
**BERNICE B. DONALD**
**UNITED STATES DISTRICT COURT**

October 31, 2005
Date

THOMAS M. GOULD
Clerk of Court

_(signature)_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-2-05

/47/

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:01-CV-02936 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Dedrick Brittenum
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

J. Phillip Kerley
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Curtis D. Johnson
LAW OFFICE OF CURTIS JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT